# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

140175

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MIGUEL SPAIN ROSS,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140175
COA: 285642
Saginaw CC: 06-028150-FH

On order of the Court, the application for leave to appeal the November 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

p0322